LINT-BUTSCHER-ROSS BUILDING AND DEVELOPMENT CORPORATION, appellant,

*v.*

ESTATE OF HENRY E. BRINKERHOFF, INCORPORATED, respondent.

[Submitted May term, 1935. Decided October 9th, 1935.]

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellant.

*Messrs. Winne & Banta,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder and reported in *114 N. J. Eq. 440.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—HEHER, J. 1.